# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| JASON ANDUJAR,<br><br>Plaintiff,<br>v.<br><br>SGT. PETER BORREE and CITY OF WEST ALLIS POLICE DEPARTMENT,<br><br>Defendants. | Case No. 24-CV-1509-JPS<br><br>**ORDER** |

      Plaintiff Jason Andujar, a prisoner confined at New Lisbon Correctional Institution, filed a pro se complaint under 42 U.S.C. § 1983 alleging that his constitutional rights were violated. ECF No. 1. On July 25, 2025, Magistrate Judge Nancy Joseph screened the amended complaint pursuant to 28 U.S.C. § 1915A(a) and issued a report and recommendation to allow certain claims to proceed and to dismiss other defendants. ECF No. 13. Specifically, the report made the following three recommendations: (1) the City of West Allis Police Department and Sgt. Peter Borree be dismissed as defendants; (2) the Clerk of Court add John and Jane Doe Stopping Officers; John or Jane Doe Vehicle Officer; and John and Jane Doe Interrogating Officers to the caption as placeholders for the unidentified defendants; and (3) the case be returned to Magistrate Judge Nancy Joseph for further proceedings. The time for objecting to the recommendation has passed and no objection has been received. *See* Fed. R. Civ. P. 72; Gen. L.R. 72(c).

The Court has considered the recommendation and, in light of its agreement with Magistrate Judge Joseph's analysis and without objection from Plaintiff, will adopt it with the minor alteration to have the Clerk of Court add Defendant Detective French to the caption. Plaintiff's initial complaint named Defendant Detective French; however, his amended complaint does not. *Compare* ECF No. 1 at 1 *with* ECF No. 11 at 1. This omission appears to one of inadvertence as opposed to intentional; Plaintiff specifically mentions allegations that Detective French denied him the ability to speak to a lawyer and further seeks relief from Detective French. The Court therefore liberally construes the amended complaint to include Detective French as a defendant. The Court will therefore order service on Defendant French and Plaintiff may seek discovery from Detective French in order to identify the remaining Doe defendants.

Accordingly,

**IT IS ORDERED** that Magistrate Judge Nancy Joseph's report and recommendation, ECF No. 13, be and the same is hereby **ADOPTED** with the alteration described above;

**IT IS FURTHER ORDERED** that the City of West Allis Police Department and Sgt. Peter Borree be dismissed as defendants;

**IT IS FURTHER ORDERED** that the Clerk of Court add John and Jane Doe Stopping Officers; John or Jane Doe Vehicle Officer; and John and Jane Doe Interrogating Officers to the caption as placeholders for the unidentified defendants;

**IT IS FURTHER ORDERED** that the Clerk of Court add Detective French as a defendant;

**IT IS FURTHER ORDERED** that the U.S. Marshals Service shall serve a copy of the amended complaint, ECF No. 11, the Report and

Recommendation, EF No. 13, and this Order upon Defendant **Detective French** pursuant to Federal Rule of Civil Procedure 4. Plaintiff is advised that Congress requires the U.S. Marshals Service to charge for making or attempting such service. 28 U.S.C. § 1921(a). Although Congress requires the Court to order service by the U.S. Marshals Service, it has not made any provision for these fees to be waived either by the Court or by the U.S. Marshals Service. The current fee for waiver-of-service packages is $8.00 per item mailed. The full fee schedule is provided at 28 C.F.R. §§ 0.114(a)(2), (a)(3). The U.S. Marshals Service will give Plaintiff information on how to remit payment. The Court is not involved in collection of the fee;

**IT IS FURTHER ORDERED** that Defendant **French** shall file a responsive pleading to the amended complaint; and

**IT IS FURTHER ORDERED** that the case be returned to Magistrate Judge Nancy Joseph for further proceedings.

Dated at Milwaukee, Wisconsin, this 15th day of September, 2025.

BY THE COURT:

_____
J. P. Stadtmueller
U.S. District Judge